Judge: **Michael S. Nachmanoff**

Date: 11/21//2024  
Time: 1:57 P.M. to 2:08 P.M.

Reporter: Diane Salters  
Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
   Vs.

| | |
|---|---|
| **GOKHAN GUN** | **1:24-CR-199** |
| Defendant's Name | Case Number |

| | |
|---|---|
| David Benowitz | Gavin Tisdale |
| Rammy Barbari | |
| Jeffrey King | |
| Counsel for Defendant | Counsel for Government |

Matter called for:
- ( ) Motions
- ( ) Setting Trial Date
- ( ) Change of Plea Hrg.
- ( ) Rule 35
- (✓) Status
- ( ) Appeal from USMC
- ( ) Sentencing
- ( ) Rule 20 & Plea
- ( ) Probation/Supervised Release Hrg.
- ( ) Pre-Indictment Plea
- ( ) Other: _____

Defendant appeared:  (✓) in person   ( ) failed to appear
(✓) with Counsel   ( ) without counsel   ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   () Discovery Order

**PROCEEDINGS**

- Jury Trial reset to **5/19/2025 at 9:00 am (1 week)**
- Counsel directed to confer and submit joint briefing schedule as articulated in open court.
- Defendant remanded to the custody of USMS.