IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 1:24-cr-199 |
| GOKHAN GUN, | |
| *Defendant.* | |

### SCHEDULING ORDER

The Court has considered the parties' jointly proposed litigation schedule and modified it in part. It is ORDERED that the litigation in this matter will proceed as follows:

| | |
|---|---|
| Government's initial CIPA Section 4 filing | February 3, 2025 |
| CIPA Section 4 hearing (sealed, *ex parte*) | February 13, 2025, at 1:00 p.m. |
| | |
| Defendant's CIPA Section 5(a) notice | March 24, 2025 |
| Government's response | April 14, 2025 |
| Defendant's reply | April 24, 2025 |
| | |
| Government's CIPA Section 6(a) filing | April 14, 2025 |
| Defendant's response | April 24, 2025 |
| Government's reply | April 29, 2025 |
| CIPA Section 6(a) hearing | May 1, 2025, at 1:00 p.m. |
| | |
| Government's CIPA Section 6(c) filing | TBD |
| | |
| TRIAL | May 19, 2025 |

It is SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

December 19, 2024
Alexandria, Virginia