IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *v.* | ) | |
| | ) | No. 1:24-cr-199 |
| GOKHAN GUN, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

Before the Court is a Motion by the United States to Extend the time to make its initial filing pursuant to Section 4 of the Classified Information Procedures Act by 14 days, from March 3, 2025 to March 17, 2025. For the reasons set forth in the motion and for good cause shown, the Court hereby GRANTS the motion. Specifically, the Court finds that extending the deadline for this CIPA filing will allow the parties to discuss a potential resolution of this case.

Accordingly, it is hereby ORDERED that the government's CIPA Section 4 Motion, currently scheduled for March 3, 2025, will now be due on March 17, 2025; and it is further

ORDERED that the CIPA Section 4 hearing (sealed, *ex parte*) is reset for March 27, 2025.

Date: February 25, 2025                              /s/
Alexandria, Virginia

Hon. Michael S. Nachmanoff
United States District Judge