# UNITED STATES DISTRICT COURT
# SENTENCING MINUTES

Date: **6/17/2025**
Time: **10:27 a.m.** to **10:34 a.m.**
      **10:50 a.m.** to **11:22 a.m.**

Case No.: **1:24-cr199**
Judge: **Hon. Michael S. Nachmanoff**
Reporter: **Diane Salters**
Deputy Clerk: **Lynnelle Creek**

**UNITED STATES of AMERICA**

    V.

**GOKHAN GUN**

| Counsel for Defendant | Counsel for Government |
|---|---|
| David Benowitz, Rammy Barbari, and Jeffrey King | John Gibbs/Chantelle Dial |

Court adopts PSI (✓) without exceptions ( ) with exceptions:
- Defendant's objections to PSIR noted in open court and OVERRULED.
- No advisory guideline calculation provided by USPO.
- Court recommends defendant be housed at FCI Petersburg.
- Appeal rights provided in open court
- Defendant remanded.

**JUDGMENT OF THE COURT:**
BOP for a term of **18** months.
Supervised Release for a total of **3** years, with special conditions.
Special Assessment **$100.00**
Fine: **$25,000.00**

**SPECIAL CONDITIONS**:

   ✓   The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

   ✓   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

   ✓   The defendant shall provide the probation officer access to any requested financial information.

   ✓   As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the Court suspends the mandatory condition for substance abuse testing as defined by 18 U.S.C. 3563(a)(5). However, this does not preclude the United States Probation Office from administering drug tests as they deem appropriate